**5**

In the Matter of David H. ORNITZ and Samuel B. Ornitz, Individually, etc., Bankrupts, Petitioners-Appellants.

(Circuit Court of Appeals, Second Circuit. October 6, 1926.)

No. 17.

Petition to Revise and Appeal from Order of the District Court of the United States for the Southern District of New York.

Joseph H. Kohan and Petersen, Steiner & Kohan, all of New York City, for appellants.

Walter S. Hilborn, C. Edward Benoit, and Gallert, Hilborn & Raphael, all of New York City, for appellees.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.